IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV239

|  |  |  |
|---|---|---|
| SUNOCO, INC. (R&M) | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LSAA, INC., et al. | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow A. Christopher Young and Stacey I. Gregory to appear *Pro Hac Vice*, filed May 27, 2005.

Upon careful review and consideration, this Court will grant Plaintiff's Application.

**IT IS SO ORDERED.**

Case 3:05-cv-00239-GCM    Document 7    Filed 06/02/2005    Page 2 of 4

**Signed: June 2, 2005**

*[signature]*

Graham C. Mullen
Chief United States District Judge