## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Action No. 3:05-CV-239 MU

| | | |
|---|---|---|
| SUNOCO, INC. (R&M) | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | **CONSENT ORDER** |
| | : | |
| LSAA, INC. d/b/a SAM'S MART and | : | |
| SAN INVESTMENTS, INC. | : | |
| | : | |
| Defendants. | : | |

**AND NOW**, this        day of                    , 2005, with the parties consent, it is

hereby **ORDERED** and **DECREED** that defendants, LSAA, Inc. d/b/a Sam's Mart and San

Investments, Inc. are to maintain the status quo and refrain from re-imaging or debranding the Sunoco

branded retail locations  identified by mailing address on the attached Schedule "A" until such time as

the Court may render its decision on plaintiff, Sunoco, Inc. (R&M)'s Motion for a Preliminary

Injunction.

Defendants shall file a response to the Motion for a Preliminary Injunction on or before

July 8, 2005 and, plaintiff shall file a reply brief on or before July 13, 2005.

Respectfully submitted,

McANGUS GOUDELOCK & COURIE LLC      ROBINSON, BRADSHAW & HINSON, P.A.


BY: _____       BY: _____ For
     John T. Jeffries, Bar No: 22134           R. Steven DeGeorge, Esquire   *with express*
     Post Office Box 30307                      101 North Tryon Street, Suite 1900   *permission*
     Charlotte, NC  28230                       Charlotte, NC  28246
     704-643-6303                               (704) 377-8380
     Fax: (704) 643-2376                        Fax:  (704) 373-3980

                                              Attorneys for Defendants,
                                              LSAA, Inc. d/b/a Sam's Mart and
                                              San Investments, Inc.

PEPPER HAMILTON LLP

A. Christopher Young
Stacey I. Gregory
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
215.981.4000
Fax: 215.981.4750

Attorneys for Plaintiff,
Sunoco, Inc. (R&M)


Date: June 27, 2005

BY THE COURT:

_Graham C. Mullen_
Mullen, J.

## <u>SCHEDULE A</u>

1. 3814 Brookshire Boulevard
   Charlotte, NC 28216

2. 6500 N. Tryon & Tom Hunter Road
   Charlotte, NC 28213

3. 8101 Old Concord Road
   Charlotte, NC 28213

4. 9731 Idlewild Road
   Charlotte, NC 28227

5. 5650 Albemarle Road
   Charlotte, NC 28212

6. 2840 Eastway Drive & Central Avenue
   Charlotte, NC 28205

7. 810 Tom Hall Street
   Fort Mill, SC 29715

8. 2891 West Highway, #160
   Fort Mill, SC 29708

9. 1004 W. Roosevelt & Stafford Road
   Monroe, NC 28110

10. 1828 Old Charlotte Hwy
    Monroe, NC 28110

11. 1754 Saluda Street
    Rock Hill, SC 29732

12. 1657 Cherry Road
    Rock Hill, SC 29732

13. 2700 Old Monroe Road
    Stallings, NC 28106

14. 13025 Independence Boulevard
    Stallings, NC 28105